JUSTICE GRAY,
concurring in part and dissenting in part.
¶47 I join the Court’s opinion on issue 1, which reverses and remands for a new trial. I dissent from the remainder of the opinion since it is clearly unnecessary to address issues 2 through 4.
¶48 As the Court correctly states, issue 1 is dispositive. In other words, with our resolution of issue 1, our role in this appeal is effectively over because we are remanding for a new trial. Having disposed of the case, it is my view that the Court’s opinion should end. Instead, the Court goes on to address three issues — the entire discussion is, of course, dicta which constitutes an advisory opinion. The Court admits as much when it states it addresses these issues to give “guidance” for the new trial. I cannot agree with this approach.
¶49 The fact is that a new trial seldom unfolds in exactly the same manner as the original trial. Statements made, failures to object and the like which occurred at the first trial with regard to both the prosecution’s and defense counsel’s performance may not occur again. This is why we commonly end an opinion with the dispositive issue, particularly when a remand for retrial is the result. To go on and address issues which may not arise in the new trial is not only advisory, it is wasteful of this Court’s resources. Moreover, insofar as “guidance” is concerned, I daresay neither counsel needs such direction with regard to the matters the Court addresses in issues 2 through 4. The mere raising of these issues on appeal is surely sufficient to put counsel on notice to avoid a repeat of such problematic acts or omissions. Finally, it is clear that no “guidance” about these extraneous issues is needed by the District Court, since the court was never asked to rule on them during the first trial and is quite capable of determining them in the first instance during the retrial, if the issues arise.
*518 ¶50 The Court having properly disposed of this appeal in issue 1, with which I agree entirely, the case should end. I dissent from the Court’s decision to render an advisory opinion on the remaining issues raised.